| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| JOHNNY H. BELLARD, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:08-CV-325 |
| | § | |
| MOTIVA ENTERPRISES, INC. and | § | |
| MOTIVA COMPANY, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on June 13, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to a mediated settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 23rd day of October, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE